S. L. McDOWELL, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

MRS. S. L. McDOWELL, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 11271, 11272. Promulgated March 18, 1929.

*Harry C. Weeks, Esq.,* for the petitioners.
*Shelby Faulkner, Esq.,* for the respondent.

OPINION.

GREEN: In these proceedings the petitioners seek a redetermination of their income-tax liabilities for the year 1920, for which the respondent has determined deficiencies as follows:

S. L. McDowell_____ $140.49
Mrs. S. L. McDowell_____ 235.94

The sole issue is the determination of the petitioners' one-twentieth distributive share of the net income of the partnership of Norton & Cline for the year 1920. The respondent determined this to be $28,952.98 on the basis of a net income of the partnership of $579,059.60.

At the hearing, it was agreed and stipulated by and between the parties that all of the evidence introduced in the cases of *Ella*

*Pipes Cline* and *W. D. Cline*, Docket Nos. 6929 and 6930, with respect to the partnership of Norton & Cline, be considered as introduced in these proceedings and that the Board's determination of the net income of Norton & Cline for the year 1920 should govern here.

In the *Cline* cases, *supra*, we determined that the net income of the partnership of Norton & Cline for the year 1920 was $348,275.35. We now determine that the petitioners' one-twentieth distributive share of such net income is $17,413.77.

*Judgment will be entered under Rule 50.*